Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| 06/13/2023 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____DVE_____ DEPUTY |

UNITED STATES OF AMERICA, )
)
         PLAINTIFF, )
v. )
)
SARA JACQUELINE KING, )
)
         DEFENDANT. )
)

Case No. 8:23-cr-00079-DOC

**SUMMONS TO APPEAR**

**TO:** **Sara Jacqueline King**
c/o Samuel Cross
Federal Public Defender
411 W 4th St, Ste 7-110
Santa Ana, CA 92701-4598

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Ronald Reagan Federal Building and U.S. Courthouse located at 411 W. Fourth Street, Santa Ana, CA,** in **Courtroom 6A**, before the **Duty Magistrate Judge** on the **20th** day of **June, 2023** at **10:00 a.m.** to answer to an information (attached hereto) charging you with **SEE ATTACHED**.

Dated: 06/12/2023

cc: Pretrial Services

CLERK U.S. DISTRICT COURT

By _____D. Velazquez_____
Deputy Clerk

**RETURN**

This summons was received by me at **Orange, CA** on **6-13-23**.
                                                   City, State                            Date

_____
Sara Jacqueline King
Defendant

**Note:** IF YOU HAVE NOT RETAINED AN ATTORNEY, YOU MUST APPEAR AT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT 411 West Fourth Street, 7th Floor, Santa Ana, CA at 8:30 A.M.