FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>SARA JACQUELINE KING | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>8:23-cr-00079-DOC<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _____ SARA JACQUELINE KING _____, the above-named defendant, who is accused of _____ Wire Fraud; Money Laundering _____, in violation of _____ 18 U.S.C. § 1343; 18 U.S.C. § 1957 _____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ June 20, 2023 _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_6/20/23_
Date

_6/20/23_
Date

_6/20/23_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_ Judicial Officer
JOHN D. EARLY

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)                              WAIVER OF INDICTMENT