SAMUEL CROSS (Bar No.: 304718)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: sam_cross@fd.org)
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701
(714) 338-4500

FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. SARA JACQUELINE KING DEFENDANT. | CASE NUMBER: 8:23-cr-00079-DOC<br><br>DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, SARA JACQUELINE KING _____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20__ day of __June__, 20__23__
at __Santa Ana, California__
     *(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____        _____
                                                                *Interpreter*

CR-37 (05/15)                    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS