Jennifer L. Waier  #209813
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701
Tel: (714) 338-3550

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>SARA JACQUELINE KING ,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 23-79-DOC<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Ex Parte Application, Under Seal Filings, Proposed Order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 22, 2023
Date

Jennifer L. Waier
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**