## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. SA CR 23-00079-DOC | Date July 24, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter n/a

| Karlen Dubon | Sharon Seffens | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) SARA JACQUELINE KING | X | | X | Samuel Owen Cross, DFPD | X | X | |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the Information. The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Information**.**

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **January 8, 2024 at 1:30 PM** for sentencing.

X   Other: The Court vacates the trial date of August 15, 2023.

X   Other: The defendant to remain on bond under the same terms and conditions as previously imposed.

                                                                                                    00  :  18

                                                                                 Initials of Deputy Clerk  kdu

**cc: USPPO**