E. MARTIN ESTRADA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (Cal. Bar No. 209813)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 23-79-DOC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | CURRENT SENTENCING DATE: 1/8/24 at 1:30 p.m. |
| SARA JACQUELINE KING, | |
| Defendant. | [PROPOSED] NEW SENTENCING DATE: 4/8/24 at 1:30 p.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jennifer L. Waier, and defendant SARA JACQUELINE KING, by and through her counsel of record, Deputy Federal Public Defender Samuel Cross, hereby stipulate as follows:

1.   Defendant's sentencing hearing is currently set for January 8, 2024 at 1:30 p.m.

2.   Defendant and the government are engaged in ongoing discussion regarding matters that will significantly impact defendant's sentencing.  The parties require additional time to

conclude these discussions and prepare position papers concerning sentencing.

    3.   Accordingly, the parties believe it is in the best interest of the case for defendant's sentencing date to be continued to April 8, 2024 at 1:30 p.m.

    IT IS SO STIPULATED.

Dated: December 20, 2023

    E. MARTIN ESTRADA
    United States Attorney

        /s/
    JENNIFER L. WAIER
    Assistant United States Attorney
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

Dated: December 18, 2023

       /s/   *(e-mail authorization)*
    SAMUEL CROSS
    Deputy Federal Public Defender
    Attorney for Defendant
    SARA JACQUELINE KING