E. MARTIN ESTRADA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (Cal. Bar No. 209813)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 23-79-DOC |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | |
| SARA JACQUELINE KING, | CURRENT SENTENCING DATE: 4/8/24 at 1:30 p.m. |
| Defendant. | [PROPOSED] NEW SENTENCING DATE: 10/21/24 at 1:30 p.m. |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jennifer L. Waier, and defendant SARA JACQUELINE KING, by and through her counsel of record, Deputy Federal Public Defender Samuel Cross, hereby stipulate as follows:

     1.  Defendant's sentencing hearing is currently set for April 8, 2024 at 1:30 p.m.

     2.  Defendant and the government are engaged in ongoing discussion regarding matters that will significantly impact defendant's sentencing.  The parties require additional time to

conclude these discussions and prepare position papers concerning sentencing.

3. Accordingly, the parties believe it is in the best interest of the case for defendant's sentencing date to be continued to October 21, 2024 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: March 28, 2024

E. MARTIN ESTRADA
United States Attorney

_____/s/_____
JENNIFER L. WAIER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 28, 2024

_____/s/___(e-mail authorization)_
SAMUEL CROSS
Deputy Federal Public Defender
Attorney for Defendant
SARA JACQUELINE KING