E. MARTIN ESTRADA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number:  209813
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3550
    Facsimile: (714) 338-3708
    E-mail:   Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 23-79-DOC |
|---|---|
| Plaintiff, | ORDER CONTINUING DEFENDANT'S SENTENCING DATE |
| v. | |
| SARA JACQUELINE KING, | [PROPOSED] NEW SENTENCING DATE: October 21, 2024 at 1:30 p.m. |
| Defendant. | |

The Court having read and considered the stipulation of the parties, IT IS HEREBY ORDERED THAT defendant Sara Jacqueline King's Sentencing Date is continued from April 8, 2024 to October 21, 2024 at 1:30 p.m.

IT IS SO ORDERED.


  March 28, 2024
DATE

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE


**cc: USPPO**