E. MARTIN ESTRADA
United States Attorney
ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (Cal. Bar No. 209813)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 23-79-DOC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| SARA JACQUELINE KING, | OLD SENTENCING DATE: October 21, 2024 |
| Defendant. | NEW SENTENCING DATE: May 5, 2025 at 1:30 p.m. |

   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant SARA JACQUELINE KING, by and through her counsel of record, Samuel Owen Cross, as follows:

   1.  Defendant's sentencing hearing is currently scheduled for October 21, 2024 at 1:30 p.m.

   2.  Defendant and the government are engaged in ongoing discussions regarding matters that may significantly impact defendant's sentencing.  The parties require additional time to

conclude these discussions and prepare position papers concerning sentencing.

3. Thus, the parties believe it is in the best interest of the case for defendant's sentencing date to be continued to May 5, 2025 at 1:30 p.m.

Dated: October 15, 2024

E. MARTIN ESTRADA
United States Attorney

_____/s/_____
JENNIFER L. WAIER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 7, 2024

_____/s/___(e-mail authorization)_____
SAMUEL OWEN CROSS
Attorney for Defendant
SARA JACQUELINE KING