E. MARTIN ESTRADA
United States Attorney
ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (Cal. Bar No. 209813)
Assistant United States Attorney
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 23-79-DOC |
|---|---|
| Plaintiff, | ORDER CONTINUING DEFENDANT'S SENTENCING DATE [31] |
| v. | |
| SARA JACQUELINE KING, | NEW SENTENCING DATE: May 5, 2025 at 1:30 p.m. |
| Defendant. | |

   IT IS HEREBY ORDERED THAT the sentencing date for defendant SARA JACQUELINE KING is continued from October 21, 2024 to May 5, 2025 at 1:30 p.m.

   IT IS SO ORDERED.

October 16, 2024
  DATE

                                    DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE

  **cc: USPPO**