BILAL A. ESSAYLI
United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
First Assistant United States Attorney
Assistant United States Attorney
California Bar Number: 209813
    312 N. Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4270
    E-mail:   Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>SARA JACQUELINE KING,<br><br>      Defendant. | Case No. SA CR 23-79-DOC<br><br>NOTICE OF LODGING OF VICTIM LETTER |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jennifer L. Waier, hereby lodges the attached letter from the victim in this case.

Dated: May 5, 2025          Respectfully submitted,

                                      *Jennifer L. Waier*
                                      JENNIFER L. WAIER
                                      Assistant United States Attorney

                                      Attorney for Plaintiff
                                      United States of America

Laurent Reiss
LDR INTERNATIONAL LIMITED 3rd Floor, Yamraj Building

Market Square
PO BOX 3175
Road Town, Tortola Virgin islands, ritish

May 4th, 2025

The Honorable David O. Carter

RE: **SACR-23-00079-DOC**

Dear Judge Carter,

I am writing to share the immense pain, betrayal, and devastation I have experienced as a result of the deliberate and calculated scam committed against me by someone I once considered close. This was not just financial fraud—it was a complete betrayal of trust that involved lies, manipulation, forgery, and emotional cruelty.

The woman who scammed me is a lawyer, someone who should have upheld the law—not used her legal knowledge to destroy the lives of those who trusted her. Her husband had been a good friend of mine for years, and I never imagined either of them capable of such deep deception.

She promised to invest my money and back up her lies with fake bank statements. She created phony documents and even fake photos of cars and luxury watches—items we were supposedly going to lend against to support the investment. None of it was real. She even provided forged paperwork for cars that didn't exist or weren't in her name, all to give the illusion of security and legitimacy.

To make matters worse, she created fake financial documents for the Wynn Resort to justify the money she was gambling there 24/7—money that wasn't hers, but mine. They lived at the Wynn for six months in complete luxury while I was left in the dark, believing everything was as she said.

What hurt even more was learning that one of my best friends, someone I trusted deeply, was involved with her the entire time—sleeping with her, knowing the truth, and never saying a single word to me. The silence and betrayal from someone I thought was family added a whole other layer of pain.

This wasn't a mistake. It was an elaborate, sustained scheme built on lie after lie. What she did took planning, effort, and cold disregard for the damage it would cause. She took not only my money, but my peace, my trust in others, and my ability to feel safe in my relationships.

I respectfully ask this Court to consider the full scope of what she has done. This is not just about financial loss. It is about the deep emotional and psychological trauma caused by someone who manipulated every aspect of my trust, my friendships, and my life for her own selfish gain.

Thank you for taking the time to hear my truth.

Sincerely,

Laurent Reiss