UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SA CR 23-00079-DOC                                      Date: May 5, 2025

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Debbie Hino-Spaan | Jennifer L. Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| SARA JACQUELINE KING | X | | X | Samuel Owen Cross, DFPD | X | X | |

**PROCEEDINGS:** SENTENCING

    Also present, USPO Hanna Roberts.

    Case is called.

    Sentencing hearing is held.

    Detailed Judgment and Commitment Order to issue.

**cc: USPPO, BOP, FISCAL**

: 43
**Initials of Deputy Clerk** kdu